UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY MIRON,

    Plaintiff,

v.                                           Case No. 2:07-cv-200
                                           CONSENT CASE

RONALD HUGHES,

    Defendant.
_____/

## JUDGMENT AND ORDER OF REMAND

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (Docket #13) is DENIED and this case is REMANDED to the Delta County Circuit Court.

IT IS FURTHER ORDERED that Plaintiff's state law claim is not and cannot be premised on an allegation that the collective bargaining agreement was violated.

IT IS SO ORDERED.

                                                        /s/ Timothy P. Greeley
                                                        TIMOTHY P. GREELEY
                                                        UNITED STATES MAGISTRATE JUDGE

Dated:   March 27, 2008